FLETCHER B. BROWN, ESQ. (State Bar No. 276390)
Fletcher B. Brown Law Firm
2831 Telegraph Ave.
Oakland, CA 94609
Telephone: 510-986-0441
Facsimile: 510-978-4717
Email: Fletcher@FletcherBrown.law

Attorneys for Plaintiff
Kami Baker

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMI BAKER, | CASE NO. 3:19-cv-01321-CRB |
| Plaintiff, | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| vs. | |
| WALMART, INC., | Judge: Hon. Charles R. Breyer |
| Defendants. | |

Plaintiff Kami Baker and Defendant Walmart, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties based on the settlement agreement signed by both parties.

Dated: February 12th, 2020

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL   CASE NO. 3:19-cv-01321-CRB

*[signature]*

FLETCHER B. BROWN LAW FIRM

By: FLETCHER B. BROWN Attorneys for Plaintiff KAMI BAKER

Dated: February 12th, 2020

*[signature]*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C,.

By: JAMES T. CONLEY AND JILL L. SCHUBERT Attorneys for Defendant WALMART, INC.

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Date: February 26, 2020

**SENIOR DISTRICT JUDGE Charles R. Breyer**
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL   CASE NO. 3:19-cv-01321-CRB